**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

PAUL WYSONG,

     Plaintiff,

v.                                    CASE NO. 3:21-CV-1404-MCR-ZCB

GULF CABLE, LLC,

     Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

     Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, PAUL WYSONG, having settled and resolved hER disputes with Defendant, GULF CABLE, LLC, hereby files a Notice of Voluntary Dismissal with Prejudice, with each party bearing their own respective costs and fees, of the above-captioned case, dismissing all claims asserted against Defendant, including all claims that were or could have been brought by Plaintiff in this matter.

By: */s/ Clayton M. Connors*
    CLAYTON M. CONNORS
    Florida Bar No.: 0095553
    Email: cmc@westconlaw.com
    **THE LAW OFFICES OF**
    **CLAYTON M. CONNORS, PLLC**
    4400 Bayou Blvd., Suite 32A
    Pensacola, Florida 32503
    Tel:  (850) 473-0401
    *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2023, I electronically filed the above document using the CM/ECF system that will send notification of such filing to:

    Michael B. Kelly, Esq.
    Florida Bar No.: 115345
    Alan R. Horky, Esq.
    Florida Bar No.: 765104
    **COLE, SCOTT & KISSANE, P.A.**
    890 South Palafox Street, Ste. 200
    Pensacola, Florida 32502
    Telephone: (850) 483-5900
    alan.horky@csklegal.com
    michael.kelly@csklegal.com
    *Counsel for Defendant*

By: */s/ Clayton M. Connors*
CLAYTON M. CONNORS
Florida Bar No.: 0095553
Email: cmc@westconlaw.com